UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:11-CR-629-JFA |
|---|---|---|
| v. | ) | ORDER |
| KEISHON SHERELL JAVIS | ) | |

And now, this 11th day of December, 2012, the within Motion is granted, and it is hereby ordered and decreed that Information Number 3:11-CR-00629 against the defendant, KEISHON SHERELL JAVIS, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

December 11, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge